UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-81920-Civ-MATTHEWMAN

JAMES VAN CONNOR,

    Plaintiff,

vs.

AFFORDABLE AUTO SHIELD, INC.,

    Defendant.
_____/

FILED BY SW D.C.
Jul 24, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal ("Joint Stipulation") [DE 19], which states that the parties jointly stipulate "to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs." The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE.** This dismissal is without prejudice to any other member of the putative class's right to bring claims.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of July 2023.

_____
William Matthewman
United States Magistrate Judge